IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HAROLD B. DAVIS )
)
v. ) NO. 3-13-0238
) JUDGE CAMPBELL
WILSON COUNTY, TENNESSEE )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 69) and Objections filed by the Defendant (Docket No. 70).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Defendant are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Second Motion to Dismiss (Docket No. 29) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE